UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA M. SISCO, <br><br>                    Plaintiff, <br><br>     v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security[1], <br><br>                    Defendant. | CASE NO. C16-5350-RBL <br><br> ORDER AFFIRMING COMMISSIONER |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.  It is therefore ORDERED:

(1)     The Court adopts the Report and Recommendation [Dkt. #25];

(2)     The Court AFFIRMS the Commissioner's decision; and

(3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 24th day of February, 2017.

Ronald B. Leighton
United States District Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  The Clerk is directed to update the docket, and all future filings by the parties should reflect this change.